AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Wanda J. Preston ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:11-cv-222 |
| Commissioner of Social Security Administration ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. 405(g) for further consideration consistent with the Report and Recommendations .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Order for Report and Recommendations

Date: 07/03/2012

*CLERK OF COURT*

s/P. Butler
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Western__ DIVISION

| Wanda J. Preston | : | |
|---|---|---|
| *Plaintiff* | : | |
| | : | |
| vs | : | Case Number: 3:11-cv-222 |
| | : | |
| Commissioner of Social Security Administration | : | |
| *Defendant* | : | |

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____07/03/2012_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JAMES BONINI, CLERK

By: _____s/P. Butler_____
Deputy Clerk