IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WANDA J. PRESTON, | : | |
| Plaintiff, | : | Case No. 3:11cv00222 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon Plaintiff's Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412 (Doc. #14). The Commissioner has not filed a Memorandum in Opposition or otherwise opposed Plaintiff's Motion.

Plaintiff seeks an award of attorney fees under the EAJA in the amount of $3,339.55 for 18.25 hours of attorney work performed in this case and in this Court. Plaintiff's Motion requests that the award of attorney fees be paid directly to Plaintiff's Counsel. Absent opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees under the EAJA in the total amount she seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #14) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees under the EAJA directly to Plaintiff's counsel in the total amount of $3,339.55; and

3. The case remains terminated on the docket of this Court.

September 20, 2012                                    **\*s/THOMAS M. ROSE**

                                                      Thomas M. Rose
                                                      United States District Judge